UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL K. HANAN,

Defendant.

Case No. 16-CR-
[18 U.S.C. §§ 1028A, 1029]

16-CR-078

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES:**

1. From on or about February 7, 2016, to on or about May 24, 2016, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL K. HANAN,**

knowingly and with intent to defraud, effected transactions with one or more access devices issued to other persons, to receive things of value including prepaid gift cards issued by Visa and MasterCard.

2. The access devices included credit card numbers affiliated with retail stores Meijer and Sears, issued to other persons.

3. The transactions occurred within a one-year period, affected interstate commerce, and had an aggregate value exceeding $1,000.

4. Those transactions included, but were not limited to, the following:

| Date | Access Device Issued To | Description of Card | Access Device Terminal Digits | Amount of Transaction |
|---|---|---|---|---|
| 2/7/2016 | J.M. | Sears card issued by CitiBank | 9227 | $1,508.13 |
| 3/6/2016 | C.H. | Sears card issued by CitiBank | 3483 | $2,248.82 |
| 3/9/2016 | C.H. | Meijer card issued by Comenity Bank | 3704 | $996.90 |
| 4/29/2016 | P.B. | Meijer card issued by Comenity Bank | 3463 | $568.71 |
| 4/29/2016 | C.B. | Meijer card issued by Comenity Bank | 3471 | $632.99 |
| 5/3/2016 | L.I. | Meijer card issued by Comenity Bank | 2837 | $579.20 |
| 5/3/2016 | L.I. | Meijer card issued by Comenity Bank | 2837 | $384.65 |

All in violation of Title 18, United States Code, Section 1029(a)(5).

## COUNTS TWO THROUGH SIX

**THE GRAND JURY FURTHER CHARGES:**

5. On or about the dates set forth below, in the State and Eastern District of Wisconsin and elsewhere,

**MICHAEL K. HANAN,**

knowingly possessed and used, without lawful authority, a means of identification of other persons, including the names and social security numbers of the persons identified by their initials below, during and in relation to the felony offense charged in Count One of this indictment, knowing that the means of identification belonged to other actual persons, to obtain the indicated credit cards set out below:

| Count | Date | Initials of Person | Access Device(s) Acquired |
|---|---|---|---|
| Two | 2/7/2016 | J.M. | Sears Credit Card |
| Three | 3/5/2016 | C.H. | Meijer Credit Card, Sears Credit Card |
| Four | 4/28/2016 | P.B. | Meijer Credit Card |
| Five | 4/28/2016 | C.B. | Meijer Credit Card |
| Six | 5/2/2016 | L.I. | Meijer Credit Card |

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE NOTICE

6.  Upon conviction of the offense in violation of Title 18, United States Code, Section 1029, set forth in Count One of this Indictment, the defendant, Michael K. Hanan, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting or derived from proceeds obtained, directly or indirectly, as a result of that offense, and pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense. The property to be forfeited includes, but is not limited to:

   a. Hanan's vehicle, a 2013 F150 XL Supercrew 4WD; and

   b. A sum of money equal to the proceeds derived from the offense.

7.  If any of the property described above, as a result of any act or omission by the defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeit substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE BILL:

_____
Foreperson

05-24-2016
Date

_____
GREGORY J. HAANSTAD
United States Attorney